UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECTO BAUER GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No. 19-cv-06835-VC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

The County of Napa has filed a motion to dismiss. *See* Dkt. No. 10. Although the motion clearly has merit, Garcia has not responded to the motion. Accordingly, the case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 16, 2020

VINCE CHHABRIA
United States District Judge